**Order entered January 11, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01215-CR

**THOMAS MITCHELL TOTTEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 33225CR**

### ORDER

Before the Court is court reporter Donita Robins's January 10, 2023 second request for an extension of time in which to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due **FEBRUARY 10, 2023**.

We **DIRECT** the Clerk to send copies of this order to Donita Robins, court reporter, and to counsel for all parties.

/s/    NANCY KENNEDY
JUSTICE